STATE OF LOUISIANA

VERSUS

CLARENCE BOLDEN

NO. 24-KH-512

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

November 21, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** CLARENCE BOLDEN

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE VERCELL FIFFIE, DIVISION "A", NUMBER 91,63

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

## WRIT GRANTED FOR LIMITED PURPOSE

Relator, Clarence Bolden, seeks mandamus relief that would order the trial court to set a hearing on a pleading filed earlier this year. He attached two letters—both concerning the status of a detainer being removed from his prison record—to his writ application. A review of the official record in district court case number 1991-CR-63 shows that Relator filed a motion to quash on February 5, 2024, seeking the removal of a detainer. The record does not reflect that the motion has been ruled upon by the trial court.

Accordingly, the writ application is granted for the limited purpose of ordering the trial court to rule upon Relator's February 5, 2024 motion to quash within 30 days of this disposition, if it has not already done so, and to supply this Court with a copy of such ruling.

Gretna, Louisiana, this 21st day of November, 2024.

**MEJ**
**JGG**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/21/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-512**

### E-NOTIFIED

40th District Court (Clerk)
Honorable Vercell Fiffie (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Honorable Bridget A. Dinvaut
(Respondent)
District Attorney
Fortieth Judicial District
Parish of St. John the Baptist
1342 La. Highway 44
Reserve, LA 70084

Clarence Bolden #319449 (Relator)
Madison Parish Correctional Center
158 Treatment Plant Road
Tallulah, LA 71282